# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

SHERMAINE WALKER, Individually,   )
and as Administrator of the Estate of   )
Marques Davis, deceased, and   )
   )
KATHLEEN FORSYTH, as Guardian Ad   )
Litem of minor, I.D.F.,       ,   )
   )
                Plaintiffs,   )    **Case No. 2:17-2601-DDC-KGG**
v.   )
   )
CORIZON HEALTH, INC. f/k/a   )
CORRECTIONAL MEDICAL SERVICES, )
et., al.,   )
                Defendants   )
   )

## DEFENDANT SOHAIB MOHIUDDIN, M.D.'S
## MOTION TO STAY DISCOVERY AND ALL PROCEEDINGS

Defendant Sohaib Mohiuddin, M.D., moves this Court for an Order staying all pre-trial proceedings, including discovery, until The United States Court of Appeals for the Tenth Circuit has resolved his pending appeal. Dr. Mohiuddin, according to D. Kan. R. 7.1(a), are contemporaneously filing a Memorandum in Support of this motion.

WHEREFORE, Dr. Mohiuddin respectfully requests that this Court grant his Motion to Stay Discovery and All Proceedings.

Respectfully submitted,

FOULSTON SIEFKIN LLP

*/s Thomas L. Theis*
Thomas L. Theis #09094
Topeka Tower, Suite 1400
534 S. Kansas Avenue
Topeka, KS 66603
Telephone: 785.233.3600
ttheis@foulston.com
**ATTORNEY FOR DEFENDANT
SOHAIB MOHIUDDIN, M.D.**

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2019 I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send an electronic notice of the electronic filing to the following:

Leland F. Dempsey
DEMPSEY & KINGSLAND, P.C.
1110 Main Street, Suite 1860
Kansas City, Missouri 64105
Tele:   (816) 421-6868
Fax:    (816) 421-2610
Email: leland@dandklaw.com
*Attorney for Plaintiffs*

Trevin Wray
Morgan Kilgore
SIMPSON, LOGBACK, LYNCH, NORRIS P.A.
7400 W. 110th Street, Suite 600
Overland Park, Kansas 66210
Tele:   (913) 342-2500
Fax:    (913) 342-0603
Email: twray@slln.com
Email: mkilgore@slln.com
*Attorneys for Defendant Paul Corbier, M.D.*

M. Bradley Watson
David M. Tyrrell
LOGAN, LOGAN & WATSON, L.C.
8350 Mission Road, Suite 106
Corinth Office Building
Prairie Village, Kansas 66206
Tele:   (913) 381-1121
Fax:    (913) 381-6546
Email: bwatson@loganlaw.com
        dtyrrell@loganlaw.com
*Attorneys for Defendant Karl Saffo, M.D.*

Roger W. Slead
Richard M. Acosta
HORN, AYLWARD & BANDY, LLC
2600 Grand Boulevard Suite 1100
Kansas City, Missouri 64108
Tele:   (816) 421-0700
Fax:    (816) 421-0899
Email: rslead@hab-law.com
        racosta@hab-law.com
*Attorneys for Defendants Corizon, LLC*
*(incorrectly named as "Corizon Health,*
*Inc."), Heather Ungeheuer, Nancy Ciskey,*
*Rhonda Durant, Debra Lundry, Jennifer*
*Helus, Sarah Mendoza, Barbara Dickerson,*
*Karen Dennis, Kelly French, Jennifer Vest,*
*Ashley Barta and Lisbeth Lieber*

*/s Thomas L. Theis*
THOMAS L. THEIS